**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 38 WAL 2023

           Respondent          :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

           v.                         :

                                        :

RYAN SURRATT,                      :

                                        :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 3rd day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.